EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 144 |
| | 200 DPR ____ |
| José R. Capó López | |

Número del Caso: TS-3,472

Fecha: 2 de agosto de 2018

Abogado del peticionario:

   Por derecho propio

Materia: Cambio de estatus a abogado inactivo.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

José R. Capó López                    **Núm**. TS-3,472

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de agosto de 2018

Examinada la certificación médica del Lcdo. José R. Capó López, presentada en cumplimiento con nuestra Resolución de 30 de mayo de 2018, se ordena al Secretario de este Tribunal cambiar el estatus del licenciado Capó López a abogado inactivo en el Registro Único de Abogados y Abogadas (RÚA).

Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra protocolar y el sello notarial del licenciado Capó López y entregarlos al Director de la Oficina de Inspección de Notarías para el trámite correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo